# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Supervised Release) |
| v. | Case Number: 11-cr-00410-WJM-1 |
| ENRIQUE PARRA, JR. | USM Number: 38032-013 <br> Matthew C. Golla <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4 and 5 as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Notify Probation Officer of Change in Residence | 09/28/15 |
| 2 | Possession and Use of a Controlled Substance | 10/16/15 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 22, 2016
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

29 March 2016
Date

DEFENDANT: ENRIQUE PARRA, JR.
CASE NUMBER: 11-cr-00410-WJM-1                                      Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow Instructions of the Probation Officer | 10/19/15 |
| 4 | Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the Probation Officer | 10/16/15 |
| 5 | Failure to Report to the Probation Office as Directed by the Probation Officer | 11/10/15 |

DEFENDANT: ENRIQUE PARRA, JR.
CASE NUMBER: 11-cr-00410-WJM-1

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months. No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons give defendant full credit for time spent in pre-hearing detention.

The Court recommends that the Bureau of Prisons place the defendant in an appropriate level facility in or near the District of Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal